# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEGRATED CAPTIAL RECOVERY, LLC, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00582-AWI-SAB<br><br>ORDER GRANTING RAPHAEL DEUTSCH'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 14) |

    The court has read and considered the application of Raphael Deutsch, attorney for Plaintiff Brandon Martinez, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Raphael Deutsch's application for admission to practice *pro hac vice* is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: __October 20, 2020__

                                                    UNITED STATES MAGISTRATE JUDGE

1